# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:23-cv-02456-TRJ
## Perras et al v. State Farm Fire and Casualty Company
## Honorable Tiffany R. Johnson

Minute Sheet for proceedings held In Open Court on 09/16/2025.

TIME COURT COMMENCED: 8:30 A.M.
TIME COURT CONCLUDED: 5:05 P.M.
TIME IN COURT: 7:00
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
CSO/DUSM: 1 CSO
DEPUTY CLERK: Britney Rodgers

**ATTORNEY(S) PRESENT:**
Taylor Gore representing State Farm Fire and Casualty Company
Matthew Pociask representing David Haskins
Matthew Pociask representing David Perras
Rebecca Strickland representing State Farm Fire and Casualty Company
Michael Weinstein representing David Haskins
Michael Weinstein representing David Perras

**OTHER(S) PRESENT:**
David Perras
David Haskins
Randy Ison
Jared Powell

**PROCEEDING CATEGORY:**
Jury Trial Continued;

**PLEADINGS FILED IN COURT:**
Defendant's Renewed Oral MOTION to Limit Directed Verdict as to Living Expenses Incurred After the 24 Month Period

**MINUTE TEXT:**
Jury Trial continued on September 16, 2025. Randy Ison was sworn and testified. Plaintiffs' Exhibits 345, 356, 378, 382-383, 393 were admitted into Evidence. Defendant's Exhibits 1-11, 13-14, 16, 18, 21-26, 28-30, 34-60, 324-326 were admitted into Evidence. Jared Powell was sworn and testified. Plaintiffs' Exhibit 270 was admitted into Evidence. Defendant's Exhibit 123-127, 140, 143-144, 156 was admitted into Evidence. The Defense rested its case. Defendant renewed its oral Motion to Limit Directed Verdict as to Living Expenses Incurred After the 24 Month Period. The motion was DENIED. The Charging Conference was completed. The parties conducted closing arguments. The Court gave its final instructions to the jury. The jury rested to deliberate at 4:35 PM. The Court came back on the record at 5:00 PM. Court adjourned, jurors were released, and were directed to return at 9:00 AM on September 17, 2025.

**HEARING STATUS:**
Hearing not concluded. Court adjourned until further ordered. Jurors excused until the above time under the usual caution of the Court.

**TRIAL STATUS:**
Evidence Entered, continued